

Seth D. Rigrodsky
*Admitted in DE, NY*

Brian D. Long
*Admitted in DE, PA*

Timothy J. MacFall
*Admitted in NY*

Michael Schumacher
*Admitted in CA*

Marc A. Rigrodsky
*Admitted in CT, DC*

Gina M. Serra
*Admitted in DE, NJ, PA*

Jeremy J. Riley
*Admitted in DE, FL*

April 17, 2017

**BY CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 9, Room 6325
Wilmington, Delaware 19801-3555

    Re:    *Mullaney v. Scangos, et al.*, Civil Action No. 17-00042-RGA (D. Del.)

Dear Judge Andrews:

    Plaintiff submits this letter in response to the Court's Oral Order dated April 13, 2017 (D.I. 4), requesting the status of the above-referenced action (the "Action").

    Over the past month, counsel for Plaintiff and Defendants have been in communication concerning service-related issues regarding Plaintiff's Verified Shareholder Derivative Complaint, which was filed with this Court on January 13, 2017. As a result of these communications, earlier today, Plaintiff filed executed service waivers whereby counsel for all of the defendants accepted service of the Complaint.

    Counsel for Plaintiff and Defendants are presently in discussions concerning either: 1. a proposed schedule regarding the briefing of Defendants' anticipated motion(s) to dismiss; or 2. a proposed agreement, which would stay this Action pending the resolution of (or certain underlying events occurring in) a related securities class action pending in the District of

2 Righter Parkway | Suite 120
Wilmington, Delaware | 19803
T 302.295.5310



825 East Gate Boulevard | Suite 300
Garden City, New York | 11530
T 516.683.3516

Massachusetts captioned <u>Electrical Workers Pension Fund, et al. v. Kingsley, et al.</u>, Civil Action No. 16-12101-FDS.  Plaintiff's counsel anticipates having an agreement in place in short order and will promptly notify the Court.

    Plaintiff's counsel would be happy to address any questions related to the above at the convenience of the Court.

Respectfully,

*/s/ Brian D. Long*

Brian D. Long, Esq. (#4347)

cc:    David M. Promisloff, Esq.