# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY ANN MULLANEY, derivatively on behalf of BIOGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE A. SCANGOS, PAUL J. CLANCY, STUART A. KINGSLEY, STELIOS PAPADOPOULOS, ALEXANDER J. DENNER, CAROLINE D. DORSA, NANCY L. LEAMING, RICHARD C. MULLIGAN, ROBERT W. PANGIA, BRIAN POSNER, ERIC K. ROWINSKY, LYNN SCHENK and STEPHEN A. SHERWIN, <br><br> Defendants, <br><br> and <br><br> BIOGEN INC., <br><br> Nominal Defendant. | Civil Action No. 1:17-cv-0042-RGA |

## JOINT STATUS REPORT

Plaintiff Mary Ann Mullaney ("Plaintiff"), Nominal Defendant Biogen Inc. ("Biogen"), and Individual Defendants George A. Scangos, Paul J. Clancy, Stuart A. Kingsley, Stelios Papadopoulos, Alexander J. Denner, Caroline D. Dorsa, Nancy L. Leaming, Richard C. Mulligan, Robert W. Pangia, Brian Posner, Eric K. Rowinsky, Lynn Schenk, and Stephen A. Sherwin (collectively, the "Individual Defendants," and together with Plaintiff and Biogen, the "Parties"), by and through their undersigned counsel, hereby submit a Joint Status Report pursuant to this Court's Oral Order dated August 6, 2018 (D.I. 23).

Pursuant to this Court's Order dated June 13, 2017 (D.I. 21) (the "Stay Order"), the above-captioned action (the "Action") was stayed pending resolution of the related securities class action *Metzler Asset Management GMBH, et al. v. Kingsley, et al.*, (Civil Action No. 16-12101-FDS) (D. Mass.) (the "Securities Class Action").

On March 27, 2018, the United States District Court for the District of Massachusetts granted the defendants' Motion to Dismiss the Securities Class Action. On April 25, 2018, the Securities Class Action plaintiffs appealed the District Court's ruling to the United States Court of Appeals for the First Circuit. The plaintiffs' appeal, as well a cross-appeal by the defendants, are currently pending in the First Circuit.

The Parties in this Action have met and conferred and have agreed that in the mutual interest of the Parties, and in the interest of judicial economy, the Action should remain stayed until the resolution of the appeals in the Securities Class Action. The appeals are expected to be fully briefed by October 12, 2018. The Parties further agree that all of the other terms of the Stay Order should remain in effect while this Action is stayed during the pendency of the appeals in the Securities Class Action.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

Finally, the Parties agree that -- consistent with the terms of the Stay Order -- within thirty (30) days after a decision is rendered in the above-referenced appeals, the Parties shall meet and confer regarding next steps in this Action and submit a joint status report to the Court thereafter.

Dated: August 8, 2018

| | |
|---|---|
| RIGRODSKY & LONG, P.A. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| */s/ Brian D. Long* | */s/ Joseph O. Larkin* |
| Seth D. Rigrodsky (ID No. 3147) | Joseph O. Larkin (ID No. 4883) |
| sdr@rigrodskylong.com | 920 N. King Street |
| Brian D. Long (ID No. 4347) | P.O. Box 636 |
| bdl@rigrodskylong.com | Wilmington, Delaware 19899-0636 |
| Gina M. Serra (ID No. 5387) | (302) 651-3000 |
| gs@rigrodskylong.com | joseph.larkin@skadden.com |
| Jeremy J. Riley (ID No. 5791) | James R. Carroll |
| jjr@ridrodskylong.com | james.carroll@skadden.com |
| 300 Delaware Avenue, Suite 1220 | Michael S. Hines |
| Wilmington, DE 19801 | michael.hines@skadden.com |
| Telephone: 302-295-5310 | |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| David M. Promisloff | 500 Boylston Street |
| david@prolawpa.com | Boston, Massachusetts 02116-3740 |
| PROMISLOFF LAW, P.C. | (617) 573-4800 |
| 5 Great Valley Parkway, Suite 210 | |
| Malvern, PA 19355 | |
| Telephone: 215-259-5156 | **Counsel for Biogen Inc. and the Individual Defendants** |
| **Counsel for Plaintiff** | |